■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. ORTIZ, Appellant. [934 NYS2d 896]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.